**In the Matter of Joseph Robert RYDZEWSKI.**

Supreme Court of Pennsylvania.

March 30, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of March, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 3, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Mr. Justice BAER dissents.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Kevin John WALSH, Respondent.**

**No. 756 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 8, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 8th day of April, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 16, 2004, it is hereby

ORDERED that KEVIN JOHN WALSH be and he is SUSPENDED from the Bar of this Commonwealth for a period of five years, retroactive to August 8, 2002, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.